## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and NAGRASTAR LLC, <br>     Plaintiffs, <br><br> v. <br><br> NELSON JOHNSON, JASON LABOSSIERE, SET BROADCAST LLC, STREAMING ENTERTAINMENT TECHNOLOGY LLC, DOE 1, as Trustee for Chateau Living Revocable Trust, and DOE 2, as Trustee for Macromint Trust, individually and collectively d/b/a www.setvnow.com, <br>     Defendants. | Civil Case No. 8:18-cv-1332-T-33AAS |

## [~~PROPOSED~~] ORDER AUTHORIZING TRANSFER OF ASSETS

Before the Court is the Agreed Motion for an Order authorizing the transfer of assets filed jointly by Plaintiffs DISH Network L.L.C. and NagraStar LLC (together, "DISH") and Defendants Nelson Johnson, Jason LaBossiere, Set Broadcast LLC, and Streaming Entertainment Technology LLC. The Court **GRANTS** the motion and **ORDERS** as follows:

Any bank or other financial institution holding assets subject to the asset freeze provision of the Court's June 4, 2018 temporary restraining order (Dkt. 15) and/or the Court's July 2, 2018 preliminary injunction (Dkt. 63), is authorized to immediately release and transfer those assets, in whole or in part, upon receiving a written request executed by counsel for DISH and counsel for Defendants. If Defendants are not the account holder, the written request will also be executed by the account holder or its counsel. The assets may be transferred to any account listed in the written

request, by any means designated in the written request, including by wire transfer. The assets may also be withdrawn, as cash or otherwise, if the written request so specifies.

**DONE** and **ORDERED** in Chambers in Tampa, Florida on October 15, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge